UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:07-CV-53-BR

| | | |
|---|---|---|
| SHARON ASKEW, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| METHODIST HOME FOR CHILDREN, | ) | |
| Defendant, | ) | |

This matter is before the court on Defendant's motion for summary judgment and motion to strike. A memorandum and recommendation was issued by U.S. Magistrate Judge William A. Webb on 10 February 2009. The clerk notified the Plaintiff, who is proceeding pro se, on 11 February 2009 that unless written objections are filed within ten days of receiving the memorandum and recommendation, "you will have waived the right to further consideration of these issues by the district judge." Plaintiff failed to file any objection. Accordingly, the court adopts the memorandum and recommendation as its own. Defendant's motion for summary judgment is GRANTED, Defendant's motion to strike is DENIED as MOOT, and the case is DISMISSED.

This 10 March 2009.

W. Earl Britt
Senior U.S. District Judge